# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff or petitioner.

-against-

_____

_____

Write the full name of each defendant or respondent.

Case No. _____ CV _____

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that _____  _____
                       plaintiff or defendant    name of party who is making the motion

requests that the Court:

1. The current deadline to respond to the Complaint is 10/23/2024.
2. Defendant is in the process of securing legal representation and requires additional time to properly respond to the claims made in the Complaint.
3. Defendant respectfully requests a 30-day extension, making the new deadline 11/23/2024.
4. This request is made in good faith and not for the purpose of delay.
5. Granting this Motion will not prejudice the Plaintiff.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

_____        _____
Dated                         Signature (Rudy Rojas)

_____        _____
Name                          Prison Identification # (if incarcerated)

_____   _____   _____   _____
Address                  City      State   Zip Code

_____        _____
Telephone Number (if available)   E-mail Address (if available)

SDNY Rev: 5/24/2016