UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                    :

HANNIBAL WHEATLEY, *on behalf of himself and all*  :
*others similarly situated*,

                                    :

                      Plaintiff,       :        24-CV-7312 (JAV)

                                    :

        -v-                     :            <u>ORDER</u>

                                    :

THE NEXT CHAPTER NY LLC, d/b/a TREEHOUSE,  :

                                    :

                    Defendant.     :

                                    X
----------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: December 27, 2024
     New York, New York                   JEANNETTE A. VARGAS
                                      United States District Judge