UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANNIBAL WHEATLEY, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>THE NEXT CHAPTER NY LLC D/B/A TREEHOUSE,<br><br>             Defendant. | Case No. 1:24-cv-07312<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i), Fed.R.Civ.P.** |

IT IS HEREBY AGREED that Plaintiff, Hannibal Wheatley ("Plaintiff") by and through undersigned counsel, under Rule 41(a)(1) (A) (i) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, and without costs or attorneys' fees.

Dated:  February 28, 2025

                **JOSEPH & NORINSBERG, LLC**

                By: _____
                Arjeta Albani, Esq.
                *Attorneys for Plaintiff*
                110 East 59th Street, Suite 2300
                New York, New York 10022
                Tel: (212) 227-5700
                arjeta@employeejustice.com